FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2025

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF __Colorado__ (state)

Civil Action No. _____ (supplied by the court)

Plaintiff (your full name, address)

Tina Marie Wolf
517 W. Geneseo St.
Lafayette, CO 80026

## VS

Defendant(s)

Donald j. Trump

and

JD Vance

# GRIEVANCE

In accordance with my first amendment right to petition this government for a redress of my grievances I state the following;

On the sixth day of January in 2021, Donald Trump engaged in an insurrection.

Since January 6th, 2021, Donald Trump and JD Vance have given aid and comfort to the insurrectionists. Most recently he pardoned many of those who either pled guilty or were found guilty of insurrectionist, setting them free on the public. In addition,

The fourteenth amendment forbids the defendants from holding their respective offices; therefore, I demand that Donald Trump and JD Vance be declared illegitimate holders of their office and removed therefrom.

Furthermore, most recently in March of 2025 on several occasions Donald Trump said publicly that he is considering reparations for the insurrectionists, so in essence he is looking into compensating them for attacking our capital and injuring several officers.

Aside from this, numerous other grievances can be cited against this administration, from threatening our allies and siding with a dictator to proclaiming he will do away term limits or other

countless constitutional rights he has stomped on, he has disobeyed court orders and illustrated nothing but executive order over reach at every turn, these and many other things are nothing short of alarming and completely unacceptable for the president of a the United States of America.

Charge the entire administration for treason, impeach them and get them out of the office. Acts of Treason 18 USC Ch.115: treason, sedation, and subversive activities.

I filed a waiver to pay filing fee or I request a refund of my filing costs.

Printed name;

_Tina M. Wolf_

Signature;

_Tina M Wolf_

Date:

_4-22-2025_

Notarized

Signature

_[signature]_

Date

_04/22/2025_

AYLEEN HERNANDEZ
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20204031672
MY COMMISSION EXPIRES SEP 11, 2028

DENVER CO 802
14 MAY 2025 PM 5 L

Clerk + Recorder
Cololorado Federal Court
901-19th St
Denver, CO 80294

80294-250151



Tina Wolf
517 W. Geneseo St., Apt. A
Lafayette, CO 80026